## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

      Plaintiff,

v.                              Civil Action No.  1:15-cv-04378-JGK

JOHN DOE, subscriber assigned IP address
72.225.168.230,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice.  John Doe was assigned the IP address 72.225.168.230.    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 6, 2015

                                 Respectfully submitted,

                                 By:  __/s/ *Jacqueline M. James*____
                                 Jacqueline M. James, Esq.
                                 jjameslaw@optonline.net
                                 The James Law Firm PLLC
                                 445 Hamilton Avenue
                                 Suite 1102
                                 White Plains, New York 10601
                                 Telephone:  914-358-6423
                                 Facsimile:  914-358-6424
                                 *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on August 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Jacqueline M. James*_____

Jacqueline M. James
